BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7200
      john.hemann@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4-15-71008 MAG |
|     Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING/ARRAIGNMENT |
|   v. | |
| DANIEL RUSH, | |
|     Defendant. | |

**STIUPLATION**

    1.  The above-referenced case is scheduled for preliminary hearing or arraignment on September 15, 2015.  The parties agree to continue the arraignment to September 23, 2015, at 9:30 am.

    2.  The government requires additional time due to an issue related to the schedule of the federal grand jury sitting in Oakland.  Defendant consents to this additional time.

///

///

///

///

3.   Time under Fed. R. Crim. P. 5.1 and the Speedy Trial Act should be excluded between September 15, 2015, and September 23, 2015, pursuant to 18 U.S.C. § 3161(h)(7).

So stipulated and agreed,

BRIAN J. STRETCH
Acting United States Attorney

Dated: September 9, 2015

/s/
_____
JOHN H. HEMANN
Assistant U.S. Attorney

Dated: September 9, 2015

/s/
_____
WILLIAM OSTERHOUDT
Attorney for Daniel Rush

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

The preliminary hearing or arraignment is continued to September 23, 2015, at 9:30 am.  Time is excluded for the reasons stated pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7).

Dated: _9/10/15_

_____
KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND ORDER
NO: 4-15-71008 MAG