IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　　　) | **Criminal No: CR 15-00454 - HSG** |
| vs.　　　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | STIPULATION TO CONTINUE |
| DANIEL RUSH,　　　　　　　　　　) | STATUS HEARING FROM |
| 　　　　　　　　　　　　　　　　　) | APRIL 25 TO MAY 2, 2016 |
| 　　　　　　Defendant.　　　　　　) | [AND PROPOSED] ORDER |

　　　The Government and defendant agree, subject to the Court's approval, that the status hearing in this matter that is presently set for 2:00 PM on April 25, 2016 at the United States Courthouse in Oakland, California be continued until 2:00 PM on May 2, 2016 at the United States Courthouse in Oakland, California.

　　　The instant request is based upon delays in preparation due to co-counsel Osterhoudt's bronchial infection over the past 2-3 weeks. Although he has now largely recovered, he must immediately complete and file a brief in the Ninth Circuit that is due this week. All of these circumstances have seriously limited co-counsels' ability to confer and to prepare for the status hearing.

Dated: April 19, 2016.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　　　　/s/ William L. Osterhoudt

　　　　　　　　　　　　　　　　　　　　　　　Law Office of William L. Osterhoudt
　　　　　　　　　　　　　　　　　　　　　　　135 Belvedere Street
　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94117

**Stipulation to Continue Status Hearing from April 25 to May 2, 2016; Page 1**

Telephone: 415-664-4600
Email: Osterhoudt @aol.com

/s/ Alan P. Caplan

ALAN P. CAPLAN
Attorney at Law
1336 Villa Barolo Avenue
Henderson, Nevada 89052

Telephone: 702-331-1294
Email: apc716@gmail.com

Co-Counsel for Defendant
DAN RUSH


/s/ John Henry Hemann

Email: john.hemann@usdoj.gov
Telephone: 415-436-7478

/s/ Adam Wright

Email: adam.wright@usdoj.gov
Telephone: 415-436-7368

U.S. Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, IT IS SO ORDERED, except that the motion hearing will be held on May 9, 2016, at 2:00 p.m.

Dated: April 19, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge