UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-0454 HSG |
| Plaintiff, | JOINT REQUEST AND ORDER REGARDING TECHNOLOGY EQUIPMENT NEEDED FOR TRIAL |
| v. | |
| DANIEL RUSH, | |
| Defendant. | |

This matter is set for trial on June 26, 2017. The parties have arranged to conduct equipment testing in the courtroom at 1:00 p.m. on Friday, June 23, 2017.

Pursuant to the Court's Criminal Pretrial and Trial Standing Order, the parties hereby submit a written request regarding additional technology equipment they wish to bring into the courthouse at 1301 Clay Street in Oakland for trial.

Taking into consideration the facts that (a) the courtroom is equipped with monitors and a sound system and (b) the U.S. Attorney's Office already has some equipment in the courthouse, defense counsel requests permission to bring the following items:

1. Two utility tables;

2. One 19" LCD monitor and VGA cable;

3. One video distribution amplifier and VGA cable;

4. One powered speaker and 1/8" audio cable;

5. Two HDMI to VGA converters and HDMI cable;

6. One external hard drive;

7. One 10 outlet power strip; and

8. One extension cord.

Defense counsel's trial support firm, Think Twice, Inc., will use a utility box and hand truck to bring everything into the courthouse on Friday, June 23, 2017.  The government has no objection to this request.


Dated:        June 19, 2017                              _____ ____/s/_____
                                                        JOHN H. HEMANN
                                                        KATHERINE L. WAWRYZNIAK
                                                        Assistant United States Attorneys



Dated:        June 19, 2017                              _____ ____/s/_____
                                                        ALAN P. CAPLAN
                                                        MICHAEL J. KENNEDY
                                                        Attorneys for Defendant Daniel Rush

## ORDER

Based on the parties' Joint Request, IT IS HEREBY ORDERED that Think Twice, Inc. may bring the following items into the federal courthouse at 1301 Clay Street, Oakland, CA 94612 on Friday, June 23, 2017:

1. Two utility tables;

2. One 19" LCD monitor and VGA cable;

3. One video distribution amplifier and VGA cable;

4. One powered speaker and 1/8" audio cable;

5. Two HDMI to VGA converters and HDMI cable;

6. One external hard drive;

7. One 10 outlet power strip; and

8. One extension cord.

The foregoing items are to be used in the trial of *United States v. Daniel Rush*, CR 15-0454 HSG, which is set to begin on Monday, June 26, 2017.

Think Twice, Inc. may use a utility box and hand truck to bring everything into the courthouse

**IT IS SO ORDERED.**

DATED: June 20, 2017

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge