UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>RUSH,<br><br>        Defendant. | Case No. 15-cr-00454-HSG-1<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. Nos. 148, 149 |

Defendant Daniel Rush filed a pro se motion to reduce his sentence pursuant to the First Step Act. *See* Dkt. No. 144. On November 1, 2019, Defendant, now represented by counsel, filed an amended motion. *See* Dkt. No. 149. The parties have stipulated to a briefing schedule, and the Court accordingly **SETS** the remaining briefing schedule and hearing as follows:

| Event | Deadline |
|---|---|
| Government's Opposition | November 13, 2019 |
| Defendant's Reply | November 20, 2019 |
| Hearing on Motion to Reduce Sentence | November 25, 2019, at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: 11/6/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge